UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARVELL ANTONIO CULP,<br>Plaintiff | CIVIL ACTION NO. 1:16-CV-1267-P |
| VERSUS | JUDGE DONALD E. WALTER |
| JOEL ALEXANDRE, ET AL.<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 9), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Culp's <u>Bivens</u> claim be DENIED and DISMISSED with prejudice against all defendants, and that the United States be added as the sole defendant for Culp's FTCA claim, which will be served pursuant to a separate order.

THUS DONE AND SIGNED, at Shreveport, Louisiana, on this 22 day of December, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE