UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| MARVELL ANTONIO CULP, Plaintiff | CIVIL ACTION NO. 1:16-CV-01267 |
|---|---|
| VERSUS | JUDGE DONALD E. WALTER |
| JOEL ALEXANDRE, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Dismiss (Doc. 30) filed by the United States is GRANTED IN PART to the extent it seeks dismissal of all constitutional tort claims, misrepresentation claims, and claims against independent contractors.

IT IS FURTHER ORDERED that the Motion to Dismiss (Doc. 30) is DENIED IN PART to the extent it seeks dismissal of negligence claims.

THUS ORDERED AND SIGNED in Chambers at Shreveport, Louisiana, on this 22 day of January, 2018.

DONALD E. WALTER, JUDGE
UNITED STATES DISTRICT COURT