UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARVELL ANTONIO CULP, Plaintiff | CIVIL ACTION NO. 1:16-CV-01267 |
| VERSUS | JUDGE DONALD E. WALTER |
| JOEL ALEXANDRE, *ET AL.*, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion for Summary Judgment (Doc. 70) filed by the United States is GRANTED, and Culp's remaining negligence claims are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Culp's action is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Culp's Motion to Compel Discovery (Doc. 65) is DENIED AS MOOT.

THUS ORDERED AND SIGNED in Chambers, on this 17th day of April, 2019.

DONALD E. WALTER, JUDGE
UNITED STATES DISTRICT COURT